IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID M. DAVID, | ) | No. C 11-6242 LHK (PR) |
| | ) | |
| Plaintiff, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| UNKNOWN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

    The Court has dismissed the instant action. A judgment of dismissal without prejudice is entered. The Clerk shall close the file.

    IT IS SO ORDERED.

DATED: 1/23/12

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

G:\PRO-SE\SJ.LHK\CR.11\David242jud.wpd